IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HOOD III, | CASE NO. CV F 04-6507 AWI LJO |
| Plaintiff, | **ORDER TO GRANT LIMITED EXTENSION TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| FRESNO POLICE DEPARTMENT, et al., | |
| Defendants. | |

This Court issued its September 16, 2005 order to dismiss plaintiff Leslie Hood III's ("plaintiff's") complaint and to grant plaintiff to October 18, 2005 to file an amended complaint. Plaintiff seeks a four-month extension to file an amended complaint. This Court DENIES plaintiff a four-month extension to file an amended complaint. Plaintiff filed this action on November 3, 2004. Plaintiff faces similar circumstances as the hundreds of incarcerated plaintiffs who pursue actions in this Court. Plaintiff fails to justify further delay to process this action, and such delay may prejudice defendants. This Court GRANTS plaintiff a limited extension to November 1, 2005 to file an amended complaint.

IT IS SO ORDERED.

**Dated:  September 23, 2005**                    **/s/ Lawrence J. O'Neill**
66h44d                                             UNITED STATES MAGISTRATE JUDGE

1