IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HOOD III,<br><br>                Plaintiff,<br><br>      vs.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>                Defendants. | CASE NO. CV F 04-6507 AWI LJO<br><br>**ORDER TO GRANT FURTHER LIMITED EXTENSION TO FILE FIRST AMENDED COMPLAINT**<br>(Doc. 12.) |

This Court issued its September 16, 2005 order to dismiss plaintiff Leslie Hood III's ("plaintiff's") complaint. With its September 23, 2005 order, this Court granted plaintiff up to November 1, 2005 to file an amended complaint. On October 24, 2005, plaintiff filed his motion to seek a 30-day extension to file an amended complaint. This Court DENIES plaintiff a 30-day extension to file an amended complaint. Plaintiff filed this action on November 3, 2004. Plaintiff faces similar circumstances as the hundreds of incarcerated plaintiffs who pursue actions in this Court. Plaintiff fails to justify further delay to process this action, and such delay may prejudice defendants. This Court GRANTS plaintiff a limited extension to November 15, 2005 to file an amended complaint.

IT IS SO ORDERED.

**Dated:   October 26, 2005**        /s/ Lawrence J. O'Neill
66h44d                                                   UNITED STATES MAGISTRATE JUDGE

1